Submitted on record and briefs February 18, reversed and remanded March 17, 1993

## THOMAS NICHOLAS MERIWEATHER,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(90C-10723; CA A76161)

848 P2d 146

Garrett A. Richardson, Multnomah Defenders, Portland, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

Petitioner appeals a judgment dismissing his petition for post-conviction relief. The state concedes that the court erred. We accept the concession. *Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992).

Reversed and remanded.